Waiver of Indictment                                                                                              AO 455

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.

MARTITA TORRES-ESMURRIAS,
Defendant.

CRIMINAL NO. 25-325 ESC(c)

RECEIVED & FILED
CLERK'S OFFICE
JUL 23 2025
US DISTRICT COURT
SAN JUAN, PR

## WAIVER OF INDICTMENT

I, MARTITA TORRES-ESMURRIAS, the above-named defendant, who is accused in a one (1) Count Information of violating 18 U.S.C. 641 in that I, knowingly and willfully embezzled, stole, and converted to my own use or the use of another, money of the Social Security Administration, a department or agency of the United States, namely payments issued by the United States Department of Treasury, on behalf of the Social Security Administration, which payments were made payable to individual with initials V.T.M., to which she knew she was not entitled, having a value in excess of $1,000.00.

Being advised of the nature of the charges, the proposed information, and of my rights, hereby waive, in open court, on 7/23/2025 (date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Martita Torres_
MARTITA TORRES-ESMURRIAS
Defendant
Date: _____

Before _[signature]_
Judicial Officer

7·23·2025

_[signature]_
Rubén Cerezo, Esq.
Counsel for Defendant
Date: _____